UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>vs.<br><br>BARRY JOE WHITE FACE,<br><br>       Defendant. | 5:23-CR-50156-KES<br><br>ORDER ADOPTING<br>REPORT & RECOMMENDATION |

On December 1, 2023, defendant, Barry Joe White Face, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the Indictment. The Indictment charges White Face with Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a). The parties both waived any objection to the report and recommendation. Upon review of the record, it is

ORDERED that the report and recommendation (Docket 24) is adopted. The defendant is adjudged guilty of Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a).

It is FURTHER ORDERED that the sentencing hearing in this matter will be on January 23, 2024 at 3:00 p.m. in Rapid City, Courtroom 2.

Dated December 5, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE